

Office Of The Clerk

# Court of Appeal, First Circuit
State of Louisiana
www.la-fcca.org

**Rodd Naquin**
**Clerk of Court**

**Post Office Box 4408**
**Baton Rouge, LA**
**70821-4408**
**(225) 382-3000**

## Notice of Judgment and Disposition

June 16, 2025

Docket Number: 2025 - KW - 0368

State Of Louisiana
versus
Lacal Lucky Wilson

TO:   J. Collin Sims
22nd JDC District Attorney
701 N. Columbia Street
Covington, LA 70433

Lacal Lucky Wilson
Louisiana State Penitentiary
TU-Upper; A-Tier Cell 1
Angola, LA 70712

Hon Ellen Creel
701 N. Columbia Street
Covington, LA 70433

In accordance with Local Rule 6 of the Court of Appeal, First Circuit, I hereby certify that this notice of judgment and disposition and the attached disposition were transmitted this date to the trial judge or equivalent, all counsel of record, and all parties not represented by counsel.

RODD NAQUIN
CLERK OF COURT

# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

LACAL LUCKY WILSON

NO. 2025 KW 0368

**JUNE 16, 2025**

---

In Re: Lacal Lucky Wilson, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 374567.

---

**BEFORE: McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

**WRIT DENIED.** This application appears to be a writ of habeas corpus filed with this court in the first instance. This court is limited to review of the lower court rulings or the failure of the lower court to act on a properly filed motion or petition. Any writ application filed in this court should indicate what relief has been sought in the lower court, the result of such filing, and should include a copy of the motion or petition filed in the lower court, a copy of the lower court's ruling, and a copy of all other pertinent documentation necessary to review the motion, including bills of information, pertinent minute entries, and/or transcripts.

PMc
HG
TPS

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT